UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY ROSIER WILSON,**<br><br>    **Petitioner,**<br><br>    **v.**<br><br>**ANTHONY HEDGPETH, Warden, Salinas Valley State Prison,**<br><br>    **Respondent.** | **Case No.: 11-CV-06479 YGR**<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

On December 20, 2011, Anthony Rosier Wilson petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 16, 2013, the Court denied Wilson's petition. (Dkt. No. 9.) On January 15, 2014, Wilson filed a notice of appeal with the Ninth Circuit. (Dkt. No. 11.) On January 27, 2014, the Ninth Circuit construed Wilson's notice of appeal as a request for a certificate of appealability and remanded Wilson's case to this Court for the limited purpose of granting or denying such certificate. (Dkt. No. 15; *see also* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).)

The Court **DENIES** the petitioner's request for a certificate of appealability because Wilson has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court denied Wilson's habeas petition after careful consideration of the merits. The Court found no violation of Wilson's federal constitutional rights in the underlying state court proceedings. Nor has

1  Wilson demonstrated that "reasonable jurists would find the district court's assessment of the
2  constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Petitioner
3  may seek a certificate of appealability from the Court of Appeals.

The Clerk shall forward to the Ninth Circuit this case's record, along with this Order.

**IT IS SO ORDERED.**

Date: January 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**